UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE MEJIA,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :           22-CV-2823 (VSB)
                -against-                                   :
                                                            :               **ORDER**
KULI KULI, INC.,                                            :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On May 13, 2022, I told Plaintiff that if Plaintiff intended to seek a default judgment, he was directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 20, 2022. (Doc. 6.) On May 19, 2022, Plaintiff filed a Proposed Clerk's Certificate of Default, (Doc. 7), and an affirmation in support, (Doc. 8). Plaintiff also obtained a Clerk's Certificate of Default from the Clerk of Court. (Doc. 9.) However, Plaintiff failed to comply with the other requirements of Rule 4(H) of my Individual Rules and Practices in Civil Cases. Therefore, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 27, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   May 23, 2022
            New York, New York

                                                               VERNON S. BRODERICK
                                                                United States District Judge